# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SANDRA RONALDO, ET AL.**          :
                                     :
**v.**                               :     **CIVIL ACTION NO. 18-1055**
                                     :
**OSBORNE ASSOCIATES, INC., ET AL.** :

## O R D E R

This __13th__ day of __February__, 2020, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**KATE BARKMAN**, Clerk of Court

**BY:**      /s/ Patricia Clark
             Civil Deputy to Judge McHugh

Copies EMAILED and MAILED on __2/13/20__ to:

cc:   Matthew D. Miller, Esquire
      Marvin Weinstein, Esquire